# EXHIBIT A

# KEY NEW ALLEGATIONS
RESPONDING TO FCA/CUMMINS' ARGUMENTS THAT THE PRIOR FOUR PARAGRAPHS OF TESTING RESULTS WEREN'T ENOUGH TO PLAUSIBLY STATE A CLAIM

| LAST COMPLAINT | CURRENT COMPLAINT |
|---|---|
| ✓ 5 paragraphs describing testing. ¶¶ 124-128 of CAC | ✓ 101 paragraphs describing testing. ¶¶ 154-255 |
| ✓ One PEMS test<br>✗ No description of test setup | **Vehicle Test Setup Is Alleged with Specificity**<br>✓ Three exemplar vehicles, not one as before. ¶ 165<br>✓ Condition of the vehicles detailed in response to FCA's "gaming" argument. "Conservative mileage." ¶ 166<br>✓ Carefully inspected and checked for maintenance. ¶¶ 167-168 |
| ✗ No description of PEMS scientific validity | **Reliability of PEMS Described in Detail (¶¶ 170-186)**<br>✓ PEMS used by European officials, CARB, EPA and the group that caught VW with defeat devices. ¶ 172<br>✓ PEMS results are as accurate as a dynamometer. ¶¶ 176-177<br>✓ PEMS used to recall 500,000 2010-2015 Cummins trucks. |
| ✗ No dynamometer testing | **Dynamometer Testing Was Done**<br>✓ 2012 Ram passes the dynamometer test – but fails PEMS, plausibly allowing allegations of a defeat device. |
| ✗ Duramax complaint no dynamometer testing | ✓ Dynamometer testing here pursuant to federal protocol. ¶ 154 |

# KEY NEW ALLEGATIONS

RESPONDING TO FCA/CUMMINS' ARGUMENTS THAT THE PRIOR FOUR PARAGRAPHS OF TESTING RESULTS WEREN'T ENOUGH TO PLAUSIBLY STATE A CLAIM

| LAST COMPLAINT | CURRENT COMPLAINT |
|---|---|
| ✗ No details on testing | **PEMS Testing Conditions** <br> **Two General Types of Conditions Were Examined:** <br> 1. Stop-and-go conditions to correlate with FTP certification. ¶ 189 <br> 2. Steady speed. |
| ✗ Few details on miles, number of tests, results | **Detailed Test Results Are Provided in ¶¶ 190-255** <br> **Stop-and-Go Test Results:** <br> ✓ MY 2007 - 506 stop-and-go miles. 90 tests. Average 4.4 times the standard. ¶ 191 <br> ✓ MY 2009 - 453 stop-and-go miles. 90 tests. 4.4 times the standard. ¶ 192 <br> ✓ MY 2012 - 987 miles. 181 tests. 3.8 times the standard. ¶ 193 <br> ✓ MY 2007 Ram out of compliance with emissions standard in stop-and-go tests 89% of the time. ¶ 195 <br> ✓ MY 2009 out of compliance 82% of the time. ¶ 196 <br> ✓ MY 2012 out of compliance 79% of the time. ¶ 197 |

# KEY NEW ALLEGATIONS
RESPONDING TO FCA/CUMMINS' ARGUMENTS THAT THE PRIOR FOUR PARAGRAPHS OF TESTING RESULTS WEREN'T ENOUGH TO PLAUSIBLY STATE A CLAIM

| LAST COMPLAINT | CURRENT COMPLAINT |
|---|---|
| ✗ Vague allegations, regeneration might be the cause of excess emissions | ✓ Testing on the MY 2007 describes how active regeneration occurs and the impact on NOx emissions.  3.8 times the standard.  ¶ 201<br><br>✓ MY 2009 vehicle active regeneration results in vehicle at 4.7 times the standard.  ¶ 204<br><br>✓ MY 2012 active regeneration results in 3.3 times the standard.  ¶ 207<br><br>✓ Active regeneration decreases fuel economy in all test vehicles by an average of 24.9% ¶ 208 |
| ✗ No details | **Cold Start Test**<br><br>✓ Double the emissions compared to dynamometer (indicating a defeat device).  ¶ 215 |
| ✗ No details | **Hot Start**<br><br>✓ Double the emissions compared to dynamometer (indicating a defeat device).  ¶ 217<br><br>**Highway Testing**<br><br>✓ MY 2007 Ram, 108 tests, 2.7 times the standard, with regeneration 10 times the standards.  ¶ 221<br><br>✓ MY 2012 Ram, 178 tests 3.6 times the standard regeneration.  Six times the standard.  ¶ 223 |
| ✗ No details | **Flat Road Testing**<br><br>✓ MY 2007 388 miles, 18 tests.  NOx 5 times standard due to active regeneration (FCA argued we were testing on hills).  ¶ 232 |

# KEY NEW ALLEGATIONS

RESPONDING TO FCA/CUMMINS' ARGUMENTS THAT THE PRIOR FOUR PARAGRAPHS OF TESTING RESULTS WEREN'T ENOUGH TO PLAUSIBLY STATE A CLAIM

| LAST COMPLAINT | CURRENT COMPLAINT |
|---|---|
| | **Testing on Commonly Driven Hills** <br> ✓ Using hills and loads commonly experienced for this type of truck results in high emissions. ¶¶ 242-250 <br> ✓ Using USGS data 20% of roads are >2%, at steady conditions, 3.5-4.8 times the standard. ¶ 248 |
| ✗ No logger data (ECM) | **Use of a Data Logger on Plaintiffs' Vehicles to Confirm PEMS Data** <br> ✓ Bledsoe vehicle after 890 miles of testing regeneration 17.8% of time: consistent with PEMS. ¶ 252 <br> ✓ Forshaw vehicle after 867 miles regeneration frequency 20.7%: consistent with PEMS. ¶ 253 <br> ✓ Witberg vehicle after 1,104 miles is 19.4%: consistent with PEMS. ¶ 254 |
| ✗ No measure of fuel consumption to confirm existence of active regeneration defeat device | ✓ Defeat device of active regeneration results in decrease of fuel consumption by an average of 24.9%. ¶ 208 |