# EXHIBIT 33

**(video file)**

# FCA-Bledsoe-000061206

## Metadata

| Application | MPEG-2 video | SEMANTIC |
|---|---|---|
| Attachment Count | 0 | SEMANTIC |
| Begin Family | FCA-Bledsoe-000061206 | SEMANTIC |
| COMBINED Custodian Fields | FCA US LLC | ALIAS |
| Custodian | FCA US LLC | SEMANTIC |
| Date Created | 2007/04/17 12:04 am | SEMANTIC |
| Date Received | 2007/04/17 12:04 am | SEMANTIC |
| End Family | FCA-Bledsoe-000061206 | SEMANTIC |
| Extension | mpg | SEMANTIC |
| Family | FCA-Bledsoe-000061206 - FCA-Bledsoe-000061206 | SEMANTIC |
| Family Date | 2007/04/17 12:04 am | VIRTUAL |
| Filename | SDL7086B_spot.mpg | SEMANTIC |
| Folder Path | SDL7086B_spot.mpg | SEMANTIC |
| Primary Date | 2007/04/17 12:04 am | DOC_TYPE_ALIAS |
| Producing Party | FCA US LLC | SEMANTIC |