# EXHIBIT 18

CMI-00543738

| From: | paul.r.miller@cummins.com |
|---|---|
| To: | brett.w.fathauer@cummins.com |
| CC: | Jude Amu; Curt M Barnhart; Samuel C Geckler; Craig S Hetisimer; Anthony Perfetto; Jonathan A Stavnheim; Brett W Fathauer; Steven M Bellinger |
| Sent: | 2/19/2008 6:26:02 PM |
| Subject: | Fw: Blackbird CPE Truck Fuel Economy Assessment |
| Attachments: | _;_1;_2; ATT1W4VN.pdf; Vehicle_Fuel_Log_Data.pdf |

The spreadsheet has been updated to include all available data on **2664, 2666, and 1201** (very limited data on 1201). A less busy form of the graphs has been added, with all references to the OH MPG removed (another can in the worm we'd prefer not to disturb .... but see my comment below on perceptions) .... these somewhat de-cluttered graphs have a "." added to the tab names.

```
        Stats on Actual   Stats on Actual / OH MPG ratio
Veh#    Avg StDev         Avg Actual / OH Ratio        Timeframe
===================================================================================
2664    15.66    1.21 0.945 (actual is 5.5% worse than OH)   Lifetime (32.6 kmi, 10.5 months)
2666    13.97    1.50 0.919 (actual is 8.1% worse than OH)   Lifetime (30.2 kmi, 11 months)
1201    12.91    1.49 0.934 (actual is 6.6% worse than OH)   Lifetime (31.7 kmi, ?? months)
                                (very sparse data)
```

As far as trends over time versus calibration, I don't see one .... there are so many influences, and it seems that over the long haul, there is not positive or negative trend to point to.

**Perceptions** - I wonder if some of the complaints about fuel economy might be driven by customers who experience poor FE regens (DeSoot / DeSOx) shortly after resetting the overhead where the number can be quite adversely affected during and somewhat after a DeSoot and/or DeSOx ?  Even well into a trip following a refill / OH reset, one can see the number sag noticeably during and then recover somewhat following a DeSoot or DeSOx.

Thanks, Paul

Raw spreadsheet at:    file://H:\dcx_cpe\Vehicle_FE
Filename:              Vehicle_Fuel_Log_Data.xls

I've put the spreadsheet where I tabulated the Vehicle 2666 data into our group folder, as shown below.

Contents include:

- [2666] / [p2666] tab pair that includes that data and graph for Vehicle 2666
- [2664mini], which contains the 46 days worth of 2664 data from last fall referenced below
- [2664] / [p2664] tab pair, which actually has the 2666, but we'd intend to populate it with 2664's full life data

Color codes are:   yellow = user entered input area

   gray = computed values that are invalid for one reason or another

   all other colors = computed values that are "valid"

- I used min / max "validation" criteria of 10 - 20 mpg ..... anything outside that range is judged invalid and not used in statistics
- There are 5 pieces of entry for each fuel-up .... name, data, odo, fuel added, oh mpg
- There's also a place to enter software upgrades which should plot the upgrades versus odometer

I would ask that those of us driving a vehicle find the time to enter what we have, on each vehicle, and also keep this up to date on a reasonable frequency (once a month, or perhaps with each new software installed). Making a new data / plot set for a different vehicle is as simple as selecting the [2666] / [p2666] sheets and Ctrl-Drag to the right to create a copy .... re-label and enter the correct vehicle information and fuel log data and you should be done .... might be a few tags in the plot that might need to be re-synced to the new data sheet, but for the most part, entering the new data gets the job done.  Please contact me if you have any problems with this.

Path:       file://H:\dcx_cpe\Vehicle_FE

Filename:   Vehicle_Fuel_Log_Data.xls

Thanks, Paul

----- Forwarded by Paul R Miller/Ind/Cummins on 02/18/2008 09:15 AM -----

Paul R Miller/Ind/Cummins

02/16/2008 01:09 PM

To  Brett W Fathauer/Ind/Cummins@Cummins
    Samuel C Geckler/Auto/Cummins@Cummins, Jude Amu/Auto/Cummins@Cummins, Curt M Barnhart/Ind/Cummins@Cummins, Samuel C Geckler/Auto/Cummins@Cummins, Craig S
cc  Hetisimer/Auto/Cummins@Cummins, Paul R Miller/Ind/Cummins, Anthony Perfetto/Ind /Cummins@Cummins, Jonathan A Stavnheim/Ind/Cummins@Cummins, Steven M Bellinger/Auto /Cummins@Cummins

Subject  Re: Blackbird CPE Truck Fuel Economy Assessment{doclink : document = 'D5972BAEC2BE2DC7852573F0005EAA1B' view = '38D46BF5E8F088348525E4B500129B2C' database = '052565620071TCE7' }

Brett, here's an overview of the fuel economy record from Vehicle 2666 (the one I've been driving since the start of the new year .... data plotted are entire 30 kmile worth of data from new).  The graph does not

CMI-00543739

indicate a significant downtrend of late, though one might argue and probably explain that the colder weather recently is pushing us down just a bit. This is perhaps expected with more energy expended for cold start warmup, perhaps exacerbated by some additional idle time spent warming up, higher aerodynamic load (higher air density) at highway speeds, and also additional "CTM fuel" usage when we're unfortunate enough to trip into a resumption of DeNOxes in the colder weather (from a hot soak or underhood heatup at a stop).

Here's a limited overview of MPG numbers from 2664 and 2666, including the relationship between actual and overhead reported mpg. We will get additional vehicles' data consolidated, where available, and make sure that the raw data are being gathered and periodically consolidated in all cases.

```
       Stats on Actual    Stats on Actual / OH MPG ratio
Veh#   Avg StDev          Avg Actual / OH Ratio       Timeframe
=============================================================================
2664   15.66              1.21 0.945 (actual is 5.5% worse than OH)    Limited (5.4 kmi, 46 days - Fall'07)
2666   14.01              1.50 0.915 (actual is 8.5% worse than OH)    Lifetime (30kmi, 11 months)
```

I'm rather surprised at the FE ratio between 2664 (G56 / 3.73) and 2666 (68RFE / 3.73) .... granted it's a mere slice of 2666's, but 11.8% advantage for 2664 is HUGE and is somewhat of a surprise given the auto's N/V advantage. We will get the full history of 2664 (and others, where available) out on the table and look for other interesting comparisons .... and will also do some fuelmap / running point comparisons to see if there are any important additional insights to be had.

- Again, if you can share any additional background into the origin of the question, that might help us drive toward a more comprehensive and meaningful answer.

By the way, I'd not been looking at the overhead on 2666 much recently and upon thinking about this question on the way home last night, I was shocked to see the FE at 8.1 mpg. That weighed heavy on my heart and I think I lost a bit of sleep over it last night until it dawned on me this morning that the overhead was almost certainly "fooled" by our little overnight idle "jury" test last week and the fact that the overnight idle occurred with the "fuel weigh tank" supplying the vehicle during the overnight ..... talk about a good enough reason not to idle a 6.7 liter engine overnight, with repeating HCD to boot !!!

Thanks, Paul

Brett W Fathauer/Ind/Cummins

Brett W Fathauer/Ind/Cummins
02/15/2008 12:16 PM

To Paul R Miller/Ind/Cummins@Cummins, Samuel C Geckler/Auto/Cummins@Cummins
cc Fuel Economy

CMI-00543740

CMI-00543741

I know a number of the CPE BB trucks have their fuel economy recorded. Have we seen a significant downward trend in fuel economy with our later calibrations (particularly our latest cal)? Do we have a plot of a few vehicles showing the cal version and the fuel economy.

Thanks,

Brett

# CMI-00543738

## Metadata

| Field | Value | Type |
|---|---|---|
| Application | Lotus Domino XML Mail | SEMANTIC |
| Attachment Count | 2 | SEMANTIC |
| Attachment Ids | CMI-00543742;CMI-00543743 | SEMANTIC |
| Attachment Names | Vehicle_Fuel_Log_Data.pdf;ATT1W4VN | SEMANTIC |
| Begin Family | CMI-00543738 | SEMANTIC |
| Cc | Jude Amu <"cn=jude amu/ou=auto/o=cummins@cummins">; Curt M Barnhart <"cn=curt m barnhart/ou=ind/o=cummins@cummins">; Samuel C Geckler <"cn=samuel c geckler/ou=auto/o=cummins@cummins">; Craig S Hetisimer <"cn=craig s hetisimer/ou=auto/o=cummins@cummins">; Anthony Perfetto <"cn=anthony perfetto/ou=ind/o=cummins@cummins">; Jonathan A Stavnheim <"cn=jonathan a stavnheim/ou=ind/o=cummins@cummins">; Brett W Fathauer <"cn=brett w fathauer/ou=ind/o=cummins@cummins">; Steven M Bellinger <"cn=steven m bellinger/ou=auto/o=cummins@cummins"> | SEMANTIC |
| COMBINED Custodian Fields | Fathauer, Brett | ALIAS |
| Custodian | Fathauer, Brett | SEMANTIC |
| Date Received | 2008/02/19 6:25 pm | SEMANTIC |
| Date Sent | 2008/02/19 6:26 pm | SEMANTIC |
| Directory Path | \Brett Fathauer_LT_Files\Brett Fathauer_LT_Files.L01\E\Software\Data\Notes\archive\jan2008oly.nsf\($Inbox) | SEMANTIC |
| Document Type | Email | SEMANTIC |
| Duplicate Custodians | Fathauer, Brett; | SEMANTIC |
| Duplicate Custodians Directory Path | Fathauer, Brett\|\Brett Fathauer_LT_Files\Brett Fathauer_LT_Files.L01\E\Software\Data\Notes\archive\jan2008oly.nsf\($Inbox)\Fw: Blackbird CPE Truck Fuel Economy Assessment | SEMANTIC |
| End Family | CMI-00543745 | SEMANTIC |
| Extension | eMail | SEMANTIC |
| Family | CMI-00543738 - CMI-00543745 | SEMANTIC |
| Family Date | 2008/02/19 6:26 pm | VIRTUAL |
| File Size | 113131 | SEMANTIC |
| Filename | Fw: Blackbird CPE Truck Fuel Economy Assessment | SEMANTIC |
| Folder Path | \($Inbox) | SEMANTIC |
| From | paul.r.miller@cummins.com | SEMANTIC |
| MD5 Hash | bf3c485a7b4caa73d5471e484185bd44 | SEMANTIC |
| Message Id | <OF5AD9A643.814751AC-ON852573F4.005FCB41-852573F4.0065429F@LocalDomain> | SEMANTIC |
| Primary Date | 2008/02/19 6:26 pm | DOC_TYPE_ALIAS |
| Producing Party | Cummins | SEMANTIC |
| Prodvol | CMI_PROD016 | SEMANTIC |
| Subject | Fw: Blackbird CPE Truck Fuel Economy Assessment | SEMANTIC |
| TIME ZONE OFFSET | (UTC) Coordinated Universal Time | SEMANTIC |
| To | brett.w.fathauer@cummins.com | SEMANTIC |