# EXHIBIT 19

| | |
|---|---|
| **From:** | jude.amu@cummins.com |
| **To:** | brett.w.fathauer@cummins.com |
| **Sent:** | 6/3/2011 1:10:38 PM |
| **Subject:** | Emailing: AcitionItem_FOD2 (revised) |
| **Attachments:** | _; AcitionItem_FOD2.pptx |

Brett,

    Had a couple of typos ... here is the revised copy of the ppt


Your message is ready to be sent with the following file or link attachments:
AcitionItem_FOD2

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.



AcitionItem_FOD2.pptx

# CMI-00542417

## Metadata

| | | |
|---|---|---|
| Application | Lotus Domino XML Mail | SEMANTIC |
| Attachment Count | 1 | SEMANTIC |
| Attachment Ids | CMI-00542418 | SEMANTIC |
| Attachment Names | AcitionItem_FOD2.pptx | SEMANTIC |
| Begin Family | CMI-00542417 | SEMANTIC |
| COMBINED Custodian Fields | Fathauer, Brett | ALIAS |
| Custodian | Fathauer, Brett | SEMANTIC |
| Date Received | 2011/06/03 1:10 pm | SEMANTIC |
| Date Sent | 2011/06/03 1:10 pm | SEMANTIC |
| Directory Path | \Brett Fathauer_LT_Files\Brett Fathauer_LT_Files.L01\E\Software\Data\Notes\archive\feb2011oly.nsf\($Inbox) | SEMANTIC |
| Document Type | Email | SEMANTIC |
| Duplicate Custodians | Fathauer, Brett; | SEMANTIC |
| Duplicate Custodians Directory Path | Fathauer, Brett\|\Brett Fathauer_LT_Files\Brett Fathauer_LT_Files.L01\E\Software\Data\Notes\archive\feb2011oly.nsf\($Inbox)\Emailing: AcitionItem_FOD2 (revised) | SEMANTIC |
| End Family | CMI-00542422 | SEMANTIC |
| Extension | eMail | SEMANTIC |
| Family | CMI-00542417 - CMI-00542422 | SEMANTIC |
| Family Date | 2011/06/03 1:10 pm | VIRTUAL |
| File Size | 391783 | SEMANTIC |
| Filename | Emailing: AcitionItem_FOD2 (revised) | SEMANTIC |
| Folder Path | \($Inbox) | SEMANTIC |
| From | jude.amu@cummins.com | SEMANTIC |
| MD5 Hash | 1f2c5891ca2ffc55f8248fc4dac20b42 | SEMANTIC |
| Message Id | <OFC1A6C4F7.D383ED3F-ON852578A4.0048404F-852578A4.00486250@LocalDomain> | SEMANTIC |
| Primary Date | 2011/06/03 1:10 pm | DOC_TYPE_ALIAS |
| Producing Party | Cummins | SEMANTIC |
| Prodvol | CMI_PROD016 | SEMANTIC |
| Subject | Emailing: AcitionItem_FOD2 (revised) | SEMANTIC |
| TIME ZONE OFFSET | (UTC) Coordinated Universal Time | SEMANTIC |
| To | brett.w.fathauer@cummins.com | SEMANTIC |