UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES BLEDSOE, et al.**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**FCA US LLC,** a Delaware corporation, and **CUMMINS INC.**, an Indiana corporation,<br><br>Defendants. | **4:16-CV-14024-TGB-RSW**<br><br>HON. TERRENCE G. BERG<br><br>**JUDGMENT** |

For the reasons stated in the order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED**.

Dated at Detroit, Michigan: January 26, 2024.

                                        KINIKIA ESSIX
                                        CLERK OF THE COURT

                                        s/Teresa McGovern
                                        Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE