# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES BLEDSOE, *et al.*, individually and on behalf of all others similarly situated, | Case No. 4:16-cv-14024-TGB-RSW |
| | Hon. Terrence G. Berg |
| Plaintiffs, | Magistrate Judge R. Steven Whalen |
| v. | |
| FCA US LLC, a Delaware corporation, and CUMMINS INC., an Indiana corporation, | |
| Defendants. | |

## PLAINTIFFS' NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs James Bledsoe, Donovan Kerber, Dawn Roberts, Marc Ganz, Matt Langworthy, Jordan Hougo, Michael Erben, Martin Ward, Jeremy Perdue, James Forshaw, Martin Witberg, Natalie Beight, Martin Rivas, Paul Chouffet, and Alan Strange, individually and on behalf of all others similarly situated, hereby appeal to the United States Court of Appeals for the Sixth Circuit from (1) the "Order Granting Defendants' Motion for Judgment on the Pleadings (ECF No. 288); and Denying as Moot Plaintiffs' Second Amended Motion for Class Certification (ECF Nos. 274, 275), Defendants' Motion for Leave to File Sur-Reply (ECF No. 285), and Defendants' Motion for Leave to File Supplemental Authority (ECF No. 292)" filed on January 26, 2024 (ECF No. 293) and (2) the corresponding Judgment entered on January 26, 2024 (ECF No. 294).

DATED: January 31, 2024                      Respectfully Submitted,

/s/ Steve W. Berman
Steve W. Berman
Garth Wojtanowicz
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com
garthw@hbsslaw.com

E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Dennis A. Lienhardt, Jr. (P81118)
THE MILLER LAW FIRM PC
950 W. University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

James E. Cecchi
Zachary Jacobs
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700
JCecchi@carellabyrne.com
ZJacobs@carellabyrne.com

Christopher A. Seeger
Christopher Ayers
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com
cayers@seegerweiss.com

Paul J. Geller
Stuart A. Davidson
Mark J. Dearman
ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
pgeller@rgrdlaw.com
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2024, the foregoing document was electronically filed using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ Steve W. Berman*
Steve W. Berman
